IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY N. ALEXANDER,

    Plaintiff,

  v.

Case No. 18-cv-1063-jdp

LIEUTENANT R. RASMUSSEN
AND LIEUTENANT D. STRELOW ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 08/09/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |